IN THE SUPREME COURT OF TEXAS

 No. 07-0911

 IN RE LUIS ALONZO ALVAREZ

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for temporary stay, filed November 6, 2007, is
granted. All discovery propounded against Luis Alonzo Alvarez, in Cause
No. 2006-24918, styled Jonathan McKinley, et al. v. Louisiana
Transportation, Inc. and Alonzo Alvarez, in the 129th District Court of
Harris County, Texas, is stayed pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this November 19, 2007.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk